UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 22-457-GW-KESx | Date | November 29, 2022 |
|---|---|---|---|
| Title | *Ryan Hekmat v. Experian Information Solutions, Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 29, 2022, Plaintiff Ryan Hekmat filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for January 26, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 25, 2023.

:

Initials of Preparer   JG